ORIGINAL

FILED
CLERK, U S DISTRICT COURT
FEB - 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pamela Phillips<br><br>Plaintiff(s),<br>v.<br><br>Accredited Home Lenders Holding Company<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 06-0057 GPS (SSx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224<br>( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_1/19/06_                                             _Cormac J. Carney_
Date                                                  United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____                          _____
Date                                      United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____ SACV 05-851 CJC (RNBx) _____ and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___ Segal ___ to Magistrate Judge ___ Block ___.

On all documents subsequently filed in this case, please substitute the initials ___ CJC (RNBx) ___ after the case number in place of the initials of the prior judge, so that the case number will read ___ CV 06-0057 CJC (RNBx) ___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ___ Western ☑ Southern ☐ Eastern Division.

Subsequent documents must be filed at the ___ Western ☑ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)                ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

JAN 1 8 2006                                              ENTERED ON CM 2/1/06