**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**



FILED
SEP 14 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAMELA PHILLIPS, <br><br> Plaintiff - Respondent, <br><br> v. <br><br> ACCREDITED HOME LENDERS HOLDING CO.; et al., <br><br> Defendants - Petitioners. | No. 07-80083 <br><br> D.C. No. CV-06-00057-CJC <br> Central District of California, <br> Los Angeles <br><br> ORDER |

RECEIVED CLERK, U.S. DISTRICT COURT SEP 18 2007 CENTRAL DISTRICT OF CALIFORNIA DEPUTY

Before: PREGERSON and THOMAS, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's May 15, 2007 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP 14 2007
by Deputy Clerk

S:\MOATT\Panelord\9-10-07\orders\hs2\07-80083.wpd



DOCKETED ON CM
SEP 25 2007
BY _____ 173

